# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

October 29, 2018

Brenda L. Lewison
Law Office of Arthur Heitzer
633 W Wisconsin Ave - Ste 1410
Milwaukee, WI 53203-1920

    Re: **Mollet v. City of Greenfield**
           **Case No. 16-cv-1145**

Dear Ms. Lewison:

    Today, I received the defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **11/12/2018** whether there are objections to any of the costs.

    If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

    If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **11/19/2018** to file a response and any reply by plaintiff should be filed on or before **11/26/2018**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

    Very truly yours,

    STEPHEN C. DRIES
    Clerk of Court

By:    J.Lyday
        Deputy Clerk